IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **TODD FRANKFORT, *et al.*,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. **3:24-CV-2283-L** |
| | § | |
| **METROPOLIS TECHNOLOGIES, INC.,** | § | |
| | § | |
| Defendant. | § | |

## <u>JUDGMENT</u>

This judgment is issued pursuant to the court's order, dated September 16, 2025. It is, therefore, **ordered, adjudged, and decreed** that this action by Plaintiffs Todd Frandfort, Curtis Goodban, and Sarina Gutierrez, individually and on behalf of all others similarly situated ("Plaintiffs") against Metropolis Technologies, Inc. Texas ("Defendant") is **dismissed with prejudice** with respect to Plaintiffs' claims under the Federal Debt Collection Practices Act ("FDCPA"); that all relief requested by Plaintiffs with respect to their FDCPA claims is **denied**; that Plaintiffs take nothing on their FDCPA claim; that this action is **dismissed without prejudice** with respect to Plaintiffs' remaining state claims against Defendant; and that all reasonable and necessary costs of suit are assessed against Plaintiffs.

**Signed** this 16th day of September, 2025.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge